**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO, POCATELLO DIVISION

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mark Ball LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **47-0870358** |

**4. Debtor's address**

**Principal place of business**

**2342 S 3600 E**
**Rexburg, ID 83440-5361**
Number, Street, City, State & ZIP Code

**Madison**
County

**Mailing address, if different from principal place of business**

**PO Box 458**
**Rexburg, ID 83440-0458**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**2342 S 3600 E Rexburg, ID 83440-5361**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Mark Ball LLC**                                                                 Case number (*if known*)
          Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|  | District | When | Case number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor |  | Relationship |  |
|---|---|---|---|
| District |  | When | Case number, if known |

| Debtor | Mark Ball LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Mark Ball LLC**
_____   Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 21, 2017**
_____
MM / DD / YYYY

X **/s/ Mark Ball**
_____   **Mark Ball**
Signature of authorized representative of debtor       Printed name

Title   **Manager/Member**
_____

**18. Signature of attorney**

X **/s/ Jay A. Kohler**
_____   Date **November 21, 2017**
Signature of attorney for debtor                        MM / DD / YYYY

**Jay A. Kohler**
_____
Printed name

**Kohler Law Office**
_____
Firm name

**482 Constitution Way Ste 313**
**Idaho Falls, ID 83402-3543**
_____
Number, Street, City, State & ZIP Code

Contact phone  _____   Email address   **jaykohler@live.com**
_____

**1749**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Mark Ball LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................   $    **1,976,140.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................   $    **1,976,140.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................   $    **5,089,447.02**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **2,247,364.29**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b                               $    **7,336,811.31**

**Fill in this information to identify the case:**

Debtor name **Mark Ball LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Business checking account at Wells Fargo Bank, Idaho Falls, Idaho | Checking | 0161 | $40.00 |
| 3.2. | Checking account at Mountain America Credit Union, Rexburg, Idaho | Checking | 0599 | $100.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $140.00

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Mark Ball LLC**

Name

Case number *(If known)* _____

| | | |
|---|---|---|
| 11a. 90 days old or less: | **0.00** - | **0.00** = .... | **unknown** |
| | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11a. 90 days old or less: | **0.00** - | **0.00** = .... | **unknown** |
| | face amount | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$0.00**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops–either planted or harvested** | | | |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| **John Deere 8370RT Tractor** | **$300,000.00** | | **$300,000.00** |
| **John Deer 8295R Tractor** | **$200,000.00** | | **$200,000.00** |
| **John Deere 825I Gator UTV** | **$10,000.00** | | **$10,000.00** |
| **John Deere 326E Skidster** | **$35,000.00** | | **$35,000.00** |
| **Lempen grain drill** | **$140,000.00** | | **$140,000.00** |
| **Additional farm equipment as identified in Exhibit A attached hereto** | **unknown** | | **unknown** |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |

| Debtor | **Mark Ball LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**32.**    **Other farming and fishing-related property not already listed in Part 6**

**33.**    **Total of Part 6.**

$685,000.00

Add lines 28 through 32. Copy the total to line 85.

**34.**    **Is the debtor a member of an agricultural cooperative?**

■ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.**    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.**    **Is a depreciation schedule available for any of the property listed in Part 6?**

■ No

☐ Yes

**37.**    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **2015 GMC Sierra diesel pickup - 54,000 miles** | $50,000.00 | | $50,000.00 |
| 47.2. **2015 GMC Yukon - 50,000 miles** | $50,000.00 | | $50,000.00 |
| 47.3. **2015 GMC Sierra Crew Cab pickup** | $35,000.00 | | $35,000.00 |
| 47.4. **2016 GMC Sierra Crew Cab pickup** | $40,000.00 | | $40,000.00 |
| 47.5. **2016 GMC Sierra single cab pickup** | $30,000.00 | | $30,000.00 |
| 47.6. **Claas Model 760 TT Combine** | $485,000.00 | | $485,000.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Mark Ball LLC**                                    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.7. | **Claas Max Flow 1200 Forage Harvester Head** | $0.00 | | $0.00 |
| 47.8. | **Horst CHCFSP45 Header Transport** | $0.00 | | $0.00 |
| 47.9. | **Inline Ripper** | $16,000.00 | | $16,000.00 |
| 47.10. | **John Deere 8335RT tractor** | $250,000.00 | | $250,000.00 |
| 47.11. | **John Deere 5100M Tractor and H310 Loader** | $50,000.00 | | $50,000.00 |
| 47.12. | **John Deere 4830 Sprayer** | $125,000.00 | | $125,000.00 |
| 47.13. | **John Deere 2410 Chisel Plow** | $40,000.00 | | $40,000.00 |
| 47.14. | **Two Unverferth 1225 Rolling Baskets** | $40,000.00 | | $40,000.00 |
| 47.15. | **John Deere 2625 Disk** | $40,000.00 | | $40,000.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1. **2017 Crossroads camp trailer** | $40,000.00 | | $40,000.00 |

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                                    | $1,291,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

Debtor    **Mark Ball LLC**
Name                                    Case number *(If known)* _____

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Mark Ball LLC**                                        Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $685,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,291,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,976,140.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,976,140.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Mark Ball LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  AGCO Finance LLC**
Creditor's Name

**PO Box 2000**
**Johnston, IA 50131-0020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Inline Ripper**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $8,000.00**   **Value of collateral: $16,000.00**

**2.2  Ally Financial**
Creditor's Name

**PO Box 380902**
**Bloomington, MN 55438-0902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**5666**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2016 GMC Sierria pickup**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $40,000.00**   **Value of collateral: $30,000.00**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Mark Ball LLC**                                   Case number (if know) _____
_____
Name

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Ally Financial**
**2. Beehive Federal Credit
Union**

| 2.3 | **Beehive Federal Credit Union** | Describe debtor's property that is subject to a lien | $37,363.39 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**2017 Crossroads camp trailer**

**PO Box 40**
**Rexburg, ID 83440-0040**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2016**
**Last 4 digits of account number**
**9303**
**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Disputed

| 2.4 | **Beehive Federal Credit Union** | Describe debtor's property that is subject to a lien | $42,754.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 GMC Sierra pickup**

**PO Box 40**
**Rexburg, ID 83440-0040**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2015**
**Last 4 digits of account number**
**9302**
**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Disputed

| 2.5 | **Beehive Federal Credit Union** | Describe debtor's property that is subject to a lien | $45,486.37 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 GMC Sierra pickup**

**PO Box 40**
**Rexburg, ID 83440-0040**
Creditor's mailing address

**Describe the lien**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor  **Mark Ball LLC**
Name

Case number (if know)

---

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**9301**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ally Financial**
**2. Beehive Federal Credit Union**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Beehive Federal Credit Union** | Describe debtor's property that is subject to a lien | $30,369.05 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 GMC Yukon**

**PO Box 40**
**Rexburg, ID 83440-0040**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**9300**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **DLL Finance** | Describe debtor's property that is subject to a lien | $135,474.21 | $140,000.00 |
|---|---|---|---|---|

Creditor's Name

**Lemken grain drill**

**PO Box 2000**
**Johnston, IA 50131-0020**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**2356**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Mark Ball LLC**
Name
Case number (if know)

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Gary Ball, Inc** |
|---|---|

Creditor's Name

**368 E 3rd S**
**Rexburg, ID 83440-2230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04-11-2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Miscellaneous farm equipment
lease/purchase**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown     $0.00

---

| 2.9 | **John Deere Credit** |
|---|---|

Creditor's Name

**PO Box 5327**
**Madison, WI 53705-0327**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2016**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Miscellaneous farming equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$850,000.00     $0.00

---

| 2.10 | **Keybank National Association** |
|---|---|

Creditor's Name

**4910 Tiedeman Rd**
**Brooklyn, OH 44144-2338**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All inventory, farm products and farm
equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

$3,900,000.00     $0.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 5

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Mark Ball LLC**

Name

Case number (if know)

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2016-2017**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**5694**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,089,447.02

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dan C Green, Esq**<br>**Racine And Budge**<br>**PO Box 1391**<br>**Pocatello, ID 83204-1391** | Line __2.8__ | |
| **Sheila R Schwager, Esq**<br>**HAWLEY TROXELL ENNIS AND HAWLEY LLP**<br>**PO Box 1617**<br>**Boise, ID 83701-1617** | Line __2.10__ | **5694** |

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __Mark Ball LLC__

United States Bankruptcy Court for the: DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Agri-Solutions**<br><br>12843 N 175 E<br>Ririe, ID 83443-5002<br>Date(s) debt was incurred __2016__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,000.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Ball Brothers**<br><br>508 N 3470 E<br>Lewisville, ID 83431<br>Date(s) debt was incurred __2016__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,800.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Brad Jensen**<br><br>Rexburg, ID 83440<br>Date(s) debt was incurred __2015__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,000.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Busch Agricultural Resources, LLC**<br><br>3421 E County Line Rd<br>Idaho Falls, ID 83401-5165<br>Date(s) debt was incurred __2016__<br>Last 4 digits of account number __2176__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$451.48** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com                    12345

Debtor    **Mark Ball LLC**

Name                                                        Case number (if known)

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,521.07 |

**Cable One Business**

1525 Sherry Ave
Idaho Falls, ID 83401-4849

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **2852**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,659.11 |

**Clair And Dee's Point S**

117 N 2nd E
Rexburg, ID 83440-1619

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,000.00 |

**Cornelison Trucking LLC**

PO Box 396
Rexburg, ID 83440-0396

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.80 |

**Denning Pump Service**

4084 E 129 N
Idaho Falls, ID 83401-5338

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **5507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Doug and Jackie Naef**

PO Box 3802
Alpine, WY 83128-0802

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,640.00 |

**E-Z Tarp Co, Inc**

6 S 1000 W
Blackfoot, ID 83221-6021

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **6328**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |

**Erickson Pontiac GMC**

890 W Main St
Rexburg, ID 83440-1882

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **Mark Ball LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**Farm Credit Services of America, PCA**

PO Box 2409
Omaha, NE 68103-2409

Date(s) debt was incurred  **2015**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**unknown**

---

**3.13** | Nonpriority creditor's name and mailing address
**Farm Credit Services of America, PCA**

PO Box 2409
Omaha, NE 68103-2409

Date(s) debt was incurred  **2015**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$485,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Gary and JoAnn Ball**

368 E 3rd S
Rexburg, ID 83440-2230

Date(s) debt was incurred  **2014-2017**

Last 4 digits of account number  **8929**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**unknown**

---

**3.15** | Nonpriority creditor's name and mailing address
**Golden West Irrigation**

PO Box 488
Rexburg, ID 83440-0488

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **M017**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,633.90**

---

**3.16** | Nonpriority creditor's name and mailing address
**Greg Nichols**

Blackfoot, ID 83221

Date(s) debt was incurred  **2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$39,000.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Group Ag**

343 E 4th N
Rexburg, ID 83440-6002

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$41,996.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**High Mountain Electric**

651 E 3000 N
Rexburg, ID 83440-3405

Date(s) debt was incurred  **2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$15,544.00**

---

| Debtor | **Mark Ball LLC** | Case number (if known) | |
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$411.41**

**Idaho Power Collection Department Processing Center**
PO Box 34966
Seattle, WA 98124-1966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **201_**

**Basis for the claim:** _

Last 4 digits of account number  **4815**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,000.00**

**Jim Pasley**

5740 E Iona Rd
Idaho Falls, ID 83401-5842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00**

**JJB Enterprises, LLC**

2181 E 400 N
Saint Anthony, ID 83445-5606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **201_**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,288.98**

**John C Berry & Sons, Inc**
**dba Berry Oil**
PO Box 28
Tetonia, ID 83452-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**John Deere Leasing**

6400 NW 86th St
Johnston, IA 50136-6600

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2015-2016**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$677.88**

**LP Propane**

PO Box 50620
Idaho Falls, ID 83405-0620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** _

Last 4 digits of account number  **993**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,759.66**

**Maupin Welding, Inc**

PO Box 32
Rexburg, ID 83440-0032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** _

Last 4 digits of account number  **2469**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor  **Mark Ball LLC**

Name

Case number *(if known)*

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,231.26 |

**Midland Funding LLC**

8875 Aero Dr Ste 200
San Diego, CA 92123-2255

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **201__**

**Basis for the claim:** __

Last 4 digits of account number  __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,800.00 |

**Mirage Farm**

2347 E 300 N
Saint Anthony, ID 83445-5710

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** __

Last 4 digits of account number  __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,961.28 |

**Neils and Joe's Tire Center**

205 S Bridge St
Saint Anthony, ID 83445-1831

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** __

Last 4 digits of account number  **2491**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |

**Parkinson Seed Farm**

PO Box 326
Saint Anthony, ID 83445-0326

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** __

Last 4 digits of account number  __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |

**Pine Valley Investments**

4049 S Highland Dr
Salt Lake City, UT 84124-1664

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** __

Last 4 digits of account number  __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,500.00 |

**Richard And Raymond Matsuura
R And R Equipment**
367 N 465 W
Blackfoot, ID 83221-5145

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** __

Last 4 digits of account number  __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**Rigby Family Holdings**

953 W Poleline Rd
Rexburg, ID 83440-5077

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:** __

Last 4 digits of account number  __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Mark Ball LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Rocky Mountain Power**

PO Box 26000
Portland, OR 97256-0001

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **7285**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$101,989.21**

---

**3.34** | Nonpriority creditor's name and mailing address

**S And K Landon Inc**

12843 N 175 E
Ririe, ID 83443-5002

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,100.00**

---

**3.35** | Nonpriority creditor's name and mailing address

**Spudnik Equipment**

584 W 100 N
Blackfoot, ID 83221-5518

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.36** | Nonpriority creditor's name and mailing address

**Stoltz Equipment**

2986 S Frontage Rd
American Falls, ID 83211-5404

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **L002**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,131.88**

---

**3.37** | Nonpriority creditor's name and mailing address

**Swift Capital**

3505 Silverside Rd Ste 200
Wilmington, DE 19810-4905

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **1660**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$48,185.00**

---

**3.38** | Nonpriority creditor's name and mailing address

**Travelers Insurance**
**ATTN: Consumer Affairs**
**1 Tower Sq**
Hartford, CT 06183-0001

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**V-Nak**

Unknown
Blackfoot, ID 83221

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

| Debtor | **Mark Ball LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637,887.80 |

**Valley Agronomics, LLC**

2003 S Highway 191
Rexburg, ID 83440-4074

Date(s) debt was incurred **2016**

Last 4 digits of account number **0238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |

**Valley Wide Cooperative Inc**

1833 S Lincoln Ave
Jerome, ID 83338-6138

Date(s) debt was incurred **2016**

Last 4 digits of account number **0823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,309.90 |

**Visser Ag Inc**

136 N Yellowstone Hwy
Rigby, ID 83442-5657

Date(s) debt was incurred **2016**

Last 4 digits of account number **4480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,209.74 |

**Wells Fargo Bank, NA
Business Direct MAC #S4101-050**
PO Box 29746
Phoenix, AZ 85038-9746

Date(s) debt was incurred **2017**

Last 4 digits of account number **5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,406.10 |

**Wells Fargo Bank, NA
Business Direct-NBBC**
PO Box 348750
Sacramento, CA 95834-8750

Date(s) debt was incurred **2017**

Last 4 digits of account number **0263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.83 |

**Wells Fargo Business Card
Payment Remittance Center**
PO Box 77033
Minneapolis, MN 55480-7733

Date(s) debt was incurred **2017**

Last 4 digits of account number **7911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |

**Yvonne Wilbur**

PO Box 1386
Post Falls, ID 83877-1386

Date(s) debt was incurred **2017**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

Debtor   **Mark Ball LLC**
_____
Name                                                          Case number (if known) _____

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anheuser-Busch Companies Inc**<br>**Credit And Treasury Mgmt**<br>**1 Busch Pl**<br>**Saint Louis, MO 63118-1849** | Line **3.4**<br>☐ Not listed. Explain _____ | **2176** |
| 4.2 | **Bonneville Billing And Collections, Inc**<br>**PO Box 50820**<br>**Idaho Falls, ID 83405-0820** | Line **3.19**<br>☐ Not listed. Explain _____ | **4815** |
| 4.3 | **Breck Barton And Associates, Pa**<br>**PO Box 100**<br>**Rexburg, ID 83440-0100** | Line **3.41**<br>☐ Not listed. Explain _____ | **0823** |
| 4.4 | **Breck Barton And Associates, Pa**<br>**PO Box 100**<br>**Rexburg, ID 83440-0100** | Line **3.40**<br>☐ Not listed. Explain _____ | **0238** |
| 4.5 | **Credit Collection Services**<br>**PO Box 935**<br>**Portsmouth, NH 03802-0935** | Line **3.5**<br>☐ Not listed. Explain _____ | **2852** |
| 4.6 | **Ferrin Z Eddins Esq**<br>**MOULTON AND EDDINS LAW OFFICE**<br>**PO Box 631**<br>**Driggs, ID 83422-0631** | Line **3.22**<br>☐ Not listed. Explain _____ | _ |
| 4.7 | **JOHNSON MARK LLC**<br>**PO Box 3023**<br>**Meridian, ID 83680-3023** | Line **3.26**<br>☐ Not listed. Explain _____ | _ |
| 4.8 | **Les Schwab Tire Center**<br>**PO Box 5350**<br>**Bend, OR 97708-5350** | Line **3.28**<br>☐ Not listed. Explain _____ | **2491** |
| 4.9 | **Midland Funding LLC**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123-2255** | Line **3.13**<br>☐ Not listed. Explain _____ | _ |
| 4.10 | **Receivable Management Services**<br>**PO Box 361076**<br>**Columbus, OH 43236-1076** | Line **3.38**<br>☐ Not listed. Explain _____ | _ |
| 4.11 | **Ron Kerl, Esq**<br>**COOPER LARSEN**<br>**PO Box 4229**<br>**Pocatello, ID 83205-4229** | Line **3.12**<br>☐ Not listed. Explain _____ | _ |
| 4.12 | **Trust Financial**<br>**dba CBS Collections**<br>**PO Box 1825**<br>**Idaho Falls, ID 83403-1825** | Line **3.8**<br>☐ Not listed. Explain _____ | **5507** |

Debtor    **Mark Ball LLC**
_____          Case number (if known) _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **2,247,364.29** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ **2,247,364.29** |

**Fill in this information to identify the case:**

Debtor name    **Mark Ball LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name      **Mark Ball LLC**

United States Bankruptcy Court for the:      DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known)      _____

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **Carrie N Ball** | **PO Box 458**<br>**Rexburg, ID 83440-0458** | **Wells Fargo Bank, NA** | ☐ D  _____<br>■ E/F  **3.43**<br>☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name  **Mark Ball LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business   **2017 YTD - Income** ☐ Other   **unknown** | **$0.00** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business   **2016 - Income** ☐ Other   **unknown** | **$0.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other | **$1,007,696.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Mark Ball LLC** | | Case number *(if known)* | |

cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **John Deere**<br>**PO Box 5327**<br>**Madison, WI 53705-0327** | **Various farm equipment - Value unknown** | **11-2017** | **$0.00** |
| **DLL Finance** | **Lemken grain drill** | **09-15-2017** | **$140,000.00** |
| **Farm Credit Services of America,<br>PCA**<br>**PO Box 2409**<br>**Omaha, NE 68103-2409** | **Claas combine** | **08-2017** | **$480,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | **John C Berry & Sons, Inc,**<br>**dba Berry Oil vs Mark Ball,**<br>**dba Mark Ball, LLC**<br>**CV-17-237** | **Breach of<br>contract** | **Teton County Courthouse**<br>**150 Courthouse Way Rm**<br>**219 Driggs, ID 834** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Farm Credit Services of**<br>**America, PCA vs Mark Ball,**<br>**LLC and Mark Ball**<br>**CV-2017-532** | **Breach of<br>contract** | **Madison County Court**<br>**159 E Main St**<br>**Rexburg, ID 83440-1911** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Valley Wide Cooperative, Inc**<br>**vs Mark Ball, LLC, Mark Ball,**<br>**and Jane Doe Ball**<br>**CV-17-615** | **Collection** | **Madison County**<br>**Courthouse**<br>**159 E Main St**<br>**Rexburg, ID 83440-1911** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Mark Ball LLC**                                                      Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. | **Valley Agronomics, LLC vs Mark Ball, LLC, Mark Ball, and Jane Doe Ball**<br>**CV-17-616** | **Collection** | **Madison County Courthouse**<br>**159 E Main St**<br>**Rexburg, ID 83440-1911** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **KeyBank National Association vs Mark Ball, LLC, Gary Ball, Inc, Mark R Ball, and Gerald K Ball**<br>**CV-17-688** | **Breach of contract, claim and delivery, breach of guarantee** | **Madison County Courthouse**<br>**159 E Main St**<br>**Rexburg, ID 83440-1911** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor   **Mark Ball LLC**   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kohler Law Office 482 Constitution Way Ste 313 Idaho Falls, ID 83402-3543** | **Cash** | **11/21/17** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Mark Ball LLC** | Case number *(if known)* | |
|---|---|---|---|

**profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Debtor   **Mark Ball LLC**                                                  Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Potestas Farms LLC**<br>**PO Box 458**<br>**Rexburg, ID 83440-0458** | **Farming - never transacted business - no bank accounts or EIN** | EIN:<br><br>From-To   **2016 to present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Poston Denney And Killpack, PLLC**<br>**3400 Merlin Dr**<br>**Idaho Falls, ID 83404-7430** | **2002 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Mark Ball**<br>**PO Box 458**<br>**Rexburg, ID 83440-0458** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement

| Debtor | **Mark Ball LLC** | Case number *(if known)* | |

within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Mark Ball** | **PO Box 458**<br>**Rexburg, ID 83440-0458** | **Member/manager** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

| **Part 14:** | **Signature and Declaration** |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor    **Mark Ball LLC**                                           Case number *(if known)* _____

_____

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2017**
            _____

**/s/ Mark Ball**                              **Mark Ball**
_____            _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager/Member**
                                    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Idaho, Pocatello Division**

**IN RE:**                                                      Case No. _____

**Mark Ball LLC** _____    Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **November 21, 2017** _____    Signature: **/s/ Mark Ball** _____
                                                   **Mark Ball, Manager/Member**                                    Debtor


Date: _____    Signature: _____
                                                                                      Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
AGCO Finance LLC
PO Box 2000
Johnston, IA   50131-0020


Agri-Solutions
12843 N 175 E
Ririe, ID   83443-5002


Ally Financial
PO Box 380902
Bloomington, MN   55438-0902


Anheuser-Busch Companies Inc
Credit And Treasury Mgmt
1 Busch Pl
Saint Louis, MO   63118-1849


Ball Brothers
508 N 3470 E
Lewisville, ID   83431


Beehive Federal Credit Union
PO Box 40
Rexburg, ID   83440-0040


Bonneville Billing And Collections, Inc
PO Box 50820
Idaho Falls, ID   83405-0820
```

Brad Jensen
Rexburg, ID  83440


Breck Barton And Associates, Pa
PO Box 100
Rexburg, ID  83440-0100


Busch Agricultural Resources, LLC
3421 E County Line Rd
Idaho Falls, ID  83401-5165


Cable One Business
1525 Sherry Ave
Idaho Falls, ID  83401-4849


Clair And Dee's Point S
117 N 2nd E
Rexburg, ID  83440-1619


Cornelison Trucking LLC
PO Box 396
Rexburg, ID  83440-0396


Credit Collection Services
PO Box 935
Portsmouth, NH  03802-0935

Dan C Green, Esq
Racine And Budge
PO Box 1391
Pocatello, ID  83204-1391


Denning Pump Service
4084 E 129 N
Idaho Falls, ID  83401-5338


DLL Finance
PO Box 2000
Johnston, IA  50131-0020


Doug and Jackie Naef
PO Box 3802
Alpine, WY  83128-0802


E-Z Tarp Co, Inc
6 S 1000 W
Blackfoot, ID  83221-6021


Erickson Pontiac GMC
890 W Main St
Rexburg, ID  83440-1882


Farm Credit Services of America, PCA
PO Box 2409
Omaha, NE  68103-2409

Ferrin Z Eddins Esq
MOULTON AND EDDINS LAW OFFICE
PO Box 631
Driggs, ID  83422-0631


Gary and JoAnn Ball
368 E 3rd S
Rexburg, ID  83440-2230


Gary Ball, Inc
368 E 3rd S
Rexburg, ID  83440-2230


Golden West Irrigation
PO Box 488
Rexburg, ID  83440-0488


Greg Nichols
Blackfoot, ID  83221


Group Ag
343 E 4th N
Rexburg, ID  83440-6002


High Mountain Electric
651 E 3000 N
Rexburg, ID  83440-3405

```
Idaho Power Collection Department
Processing Center
PO Box 34966
Seattle, WA  98124-1966


Jim Pasley
5740 E Iona Rd
Idaho Falls, ID  83401-5842


JJB Enterprises, LLC
2181 E 400 N
Saint Anthony, ID  83445-5606


John C Berry & Sons, Inc
dba Berry Oil
PO Box 28
Tetonia, ID  83452-0028


John Deere Credit
PO Box 5327
Madison, WI  53705-0327


John Deere Leasing
6400 NW 86th St
Johnston, IA  50136-6600


JOHNSON MARK LLC
PO Box 3023
Meridian, ID  83680-3023
```

Keybank National Association
4910 Tiedeman Rd
Brooklyn, OH  44144-2338


Les Schwab Tire Center
PO Box 5350
Bend, OR  97708-5350


LP Propane
PO Box 50620
Idaho Falls, ID  83405-0620


Maupin Welding, Inc
PO Box 32
Rexburg, ID  83440-0032


Midland Funding LLC
8875 Aero Dr Ste 200
San Diego, CA  92123-2255


Mirage Farm
2347 E 300 N
Saint Anthony, ID  83445-5710


Neils and Joe's Tire Center
205 S Bridge St
Saint Anthony, ID  83445-1831

Parkinson Seed Farm
PO Box 326
Saint Anthony, ID  83445-0326


Pine Valley Investments
4049 S Highland Dr
Salt Lake City, UT  84124-1664


Receivable Management Services
PO Box 361076
Columbus, OH  43236-1076


Richard And Raymond Matsuura
R And R Equipment
367 N 465 W
Blackfoot, ID  83221-5145


Rigby Family Holdings
953 W Poleline Rd
Rexburg, ID  83440-5077


Rocky Mountain Power
PO Box 26000
Portland, OR  97256-0001


Ron Kerl, Esq
COOPER LARSEN
PO Box 4229
Pocatello, ID  83205-4229

S And K Landon Inc
12843 N 175 E
Ririe, ID  83443-5002


Sheila R Schwager, Esq
HAWLEY TROXELL ENNIS AND HAWLEY LLP
PO Box 1617
Boise, ID  83701-1617


Spudnik Equipment
584 W 100 N
Blackfoot, ID  83221-5518


Stoltz Equipment
2986 S Frontage Rd
American Falls, ID  83211-5404


Swift Capital
3505 Silverside Rd Ste 200
Wilmington, DE  19810-4905


Travelers Insurance
ATTN: Consumer Affairs
1 Tower Sq
Hartford, CT  06183-0001


Trust Financial
dba CBS Collections
PO Box 1825
Idaho Falls, ID  83403-1825

Valley Agronomics, LLC
2003 S Highway 191
Rexburg, ID  83440-4074


Valley Wide Cooperative Inc
1833 S Lincoln Ave
Jerome, ID  83338-6138


Visser Ag Inc
136 N Yellowstone Hwy
Rigby, ID  83442-5657


Wells Fargo Bank, NA
Business Direct MAC #S4101-050
PO Box 29746
Phoenix, AZ  85038-9746


Wells Fargo Bank, NA
Business Direct-NBBC
PO Box 348750
Sacramento, CA  95834-8750


Wells Fargo Business Card
Payment Remittance Center
PO Box 77033
Minneapolis, MN  55480-7733


Yvonne Wilbur
PO Box 1386
Post Falls, ID  83877-1386

**Fill in this information to identify the case:**

Debtor name    **Mark Ball LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO, POCATELLO DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2017**     X **/s/ Mark Ball**
                                        Signature of individual signing on behalf of debtor

                                        **Mark Ball**
                                        Printed name

                                        **Manager/Member**
                                        Position or relationship to debtor