Craig W. Christensen (ISB No. 2086)
**RACINE OLSON, PLLP**
P.O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208) 232-6101
Fax: (208) 232-6109
E-mail: cwc@racinelaw.net

Attorneys For: Brian Ball

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | Case No. CV-17-41035-JMM |
| MARK BALL, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | |
| | ) | |

## APPLICATION OF BRIAN BALL FOR ALLOWANCE
## OF ADMINISTRATIVE CLAIM

COMES NOW, Brian Ball, ("Claimant") an administrative creditor and a party in interest of Debtor in the above-named bankruptcy estate, by and through his attorney of record, Craig W. Christensen, and pursuant to 11 U.S.C. §§ 503 and 507 and Bankruptcy Rule 2002, hereby respectfully moves the Court for its Order granting allowance of an administrative expense to Claimant under the advances and documentation hereinafter described, and alleges as follows:

1. Mark Ball, LLC, filed its petition under Chapter 7 of Title 11 of the U.S. Code on the 21st day of November, 2017.

2. Post-petition, Claimant advanced for and on behalf of Debtor the sum of $4,246.85 for payment of an insurance premium on equipment listed as property of the estate.

APPLICATION OF BRIAN BALL FOR
ALLOWANCE OF ADMINISTRATIVE EXPENSE

3. The insurance payment advance constitutes an actual, necessary cost and expense of preserving the equipment listed as property of the estate and pursuant to 11 U.S.C. § 503(b)(1)(A) and 11 U.S.C. § 507(a)(2) and is entitled to priority as an allowed administrative claim.

4. The advance should be treated as an allowed administrative claim for the reason and on the grounds that said advance preserved and protected the equipment listed as property of the estate.

DATED this 28th day of January, 2019.

RACINE OLSON, PLLP

By: /s/ Craig W. Christensen
Attorneys for Brian Ball

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[X] ECF Notice<br>[ ] Facsimile |
| Thomas D. Smith<br>tsmith8206@cableone.net | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[X] ECF Notice<br>[ ] Facsimile |
| Jay A. Kohler<br>cindy@kohlerlawif.com | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[X] ECF Notice<br>[ ] Facsimile |

And, I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Mark Ball, LLC<br>PO Box 458<br>Rexburg, ID 83440 | [X] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] ECF Notice<br>[ ] Facsimile |

/s/ Craig W. Christensen
CRAIG W. CHRISTENSEN

```
Label Matrix for local noticing        AGCO Finance LLC                         Agri-Solutions
0976-4                                 PO BOX 2000                              12843 N 175 E
Case 17-41035-JMM                      Johnston, IA 50131-0020                  Ririe, ID 83443-5002
District of Idaho
Pocatello
Mon Jan 28 09:55:07 MST 2019

Ally Bank                              Ally Financial                           Ally Financial Inc.
PO Box 130424                          PO Box 380902                            c/o McCarthy & Holthus, LLP
Roseville, MN 55113-0004               Bloomington, MN  55438-0902              702 W. Idaho Street, Ste. 1100
                                                                                Boise, ID 83702-8902


Anheuser-Busch Companies Inc           Arizona Machinery, LLC dba Stotz Equipment   Brian Ball
Credit And Treasury Mgmt               c/o Mark A. Kirkorsky, P.C.              c/o Racine Olson
1 Busch Pl                             P.O. Box 25287                           P. O. Box 1391
Saint Louis, MO  63118-1849            Tempe, AZ 85285-5287                     Pocatello, ID 83204-1391


Gerald Ball                            Ball Brothers                            Beehive Credit Union
c/o Craig Christensen                  PO Box 69                                c/o Craig W. Simpson, Esq.
PO Box 1391                            Lewisville, ID 83431-0069                POB 2869
Pocatello, ID 83204-1391                                                        Idaho Falls, ID 83403-2869


Beehive Federal Credit Union           Berry Oil                                Bonneville Billing And Collections, Inc
PO Box 40                              PO Box 631                               PO Box 50820
Rexburg, ID  83440-0040                Driggs, ID 83422-0631                    Idaho Falls, ID  83405-0820


Brad Jensen                            Breck Barton And Associates, Pa          Brian Ball
Rexburg, ID  83440                     PO Box 100                               547 Partridge Lane
                                       Rexburg, ID  83440-0100                  Rexburg, ID 83440-3579


Busch Agricultural Resources, LLC      Cable One Business                       Craig W Christensen
3421 E County Line Rd                  1525 Sherry Ave                          POB 1391
Idaho Falls, ID  83401-5165            Idaho Falls, ID  83401-4849              Pocatello, ID 83204-1391


Clair And Dee's Point S                Cornelison Trucking LLC                  Credit Collection Services
117 N 2nd E                            PO Box 396                               PO Box 935
Rexburg, ID  83440-1619                Rexburg, ID  83440-0396                  Portsmouth, NH  03802-0935


DLL Finance                            stourte DLL Finance LLC                  Dan C Green, Esq
PO Box 2000                            PO Box 2000                              Racine And Budge
Johnston, IA  50131-0020               Johnston, IA 50131-0020                  PO Box 1391
                                                                                Pocatello, ID  83204-1391


Deere & Company                        Deere & Company                          Deere Credit, Inc
P.O. Box 1544                          6400 NW 86th Street                      P.O. Box 1544
Boise, ID 83701-1544                   PO BOX 6600                              Boise, ID 83701-1544
                                       Johnston, Iowa  50131-6600
```

| | | |
|---|---|---|
| Deere Credit, Inc.<br>6400 NW 86th Street<br>PO BOX 6600<br>Johnston, Iowa  50131-6600 | Denning Pump, Inc<br>P.O. Box 460<br>Ucon ID 83454-0460 | Doug and Jackie Naef<br>PO Box 3802<br>Alpine, WY  83128-0802 |
| E-Z Tarp Co, Inc<br>6 S 1000 W<br>Blackfoot, ID  83221-6021 | Erickson Pontiac GMC<br>890 W Main St<br>Rexburg, ID  83440-1882 | Faren Eddins<br>PO Box 631<br>Driggs, ID 83422-0631 |
| Farm Credit Services of America<br>c/o Mike Spence, Litigation Officer<br>P.O. Box 2409<br>5015 South 118th, Omaha NE 68137<br>Omaha,, NE 68103-2409 | Farm Credit Services of America, PCA<br>PO Box 2409<br>Omaha, NE  68103-2409 | Ferrin Z Eddins Esq<br>MOULTON AND EDDINS LAW OFFICE<br>PO Box 631<br>Driggs, ID  83422-0631 |
| Gary Ball, Inc<br>368 E 3rd S<br>Rexburg, ID  83440-2230 | Gary Ball, Inc.<br>c/o Racine Olson<br>201 E. Center Street<br>Pocatello, ID 83201-6339 | Gary and JoAnn Ball<br>368 E 3rd S<br>Rexburg, ID  83440-2230 |
| Gerald K. Ball<br>368 E 3rd S<br>Rexburg, ID 83440-2230 | Golden West Irrigation<br>PO Box 488<br>Rexburg, ID  83440-0488 | Greg Nickell (dba DC Cellar, LLC)<br>658 North 150 West<br>Blackfoot, ID 83221-5713 |
| Group Ag<br>343 E 4th N<br>Rexburg, ID  83440-6002 | High Mountain Electric<br>651 E 3000 N<br>Rexburg, ID  83440-3405 | R Sam Hopkins<br>POB 3014<br>Pocatello, ID 83206-3014 |
| Idaho Power Collection Department<br>Processing Center<br>PO Box 34966<br>Seattle, WA  98124-1966 | JJB Enterprises, LLC<br>2181 E 400 N<br>Saint Anthony, ID  83445-5606 | JOHNSON MARK LLC<br>PO Box 3023<br>Meridian, ID  83680-3023 |
| Jaren Ball<br>c/o Aaron J. Tolson<br>2677 E. 17th Street<br>Ammon, ID 83406-6607 | Jim Pasley<br>5740 E Iona Rd<br>Idaho Falls, ID  83401-5842 | John C Berry & Sons, Inc<br>dba Berry Oil<br>PO Box 28<br>Tetonia, ID  83452-0028 |
| John Deere Construction & Forestry Company<br>P.O. Box 1544<br>Boise, ID 83701-1544 | John Deere Construction & Forestry Company<br>6400 NW 86th Street<br>PO BOX 6600<br>Johnston, Iowa  50131-6600 | John Deere Credit<br>PO Box 5327<br>Madison, WI  53705-0327 |
| John Deere Financial F.S.B.<br>P.O. Box 1544<br>Boise, ID 83701-1544 | John Deere Financial, f.s.b.<br>6400 NW 86th Street<br>PO BOX 6600<br>Johnston, Iowa  50131-6600 | John Deere Leasing<br>6400 NW 86th St<br>Johnston, IA 50131-3087 |

| | | |
|---|---|---|
| Joseph L. Whipple<br>c/o Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe, AZ 85285-5287 | R Ron Kerl<br>POB 4229<br>Pocatello, ID 83205-4229 | Key Bank National Association<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>PO Box 1617<br>Boise, ID 83701-1617 |
| KeyBank, National Association<br>877 Main Street, Suite 1000<br>Boise, ID 83702-5884 | Keybank National Association<br>4910 Tiedeman Rd<br>Brooklyn, OH 44144-2338 | Jay A Kohler<br>482 Constitution Wy #313<br>Idaho Falls, ID 83402-3543 |
| LP Propane<br>PO Box 50620<br>Idaho Falls, ID 83405-0620 | Les Schwab Tire Center<br>PO Box 5350<br>Bend, OR 97708-5350 | Robert D Long<br>Jordan & Co. CPA's<br>109 N Arthur, Ste 400<br>Pocatello, ID 83204-3105 |
| Mark Ball LLC<br>PO Box 458<br>Rexburg, ID 83440-0458 | Maupin Welding, Inc<br>PO Box 32<br>Rexburg, ID 83440-0032 | Midland Funding LLC<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| James K Miersma<br>McCarthy Holthus LLP<br>108 1st Ave S.<br>Suite 300<br>Seattle, WA 98104-2104 | Mirage Farm<br>2347 E 300 N<br>Saint Anthony, ID 83445-5710 | Neils and Joe's Tire Center<br>205 S Bridge St<br>Saint Anthony, ID 83445-1831 |
| Parkinson Seed Farm<br>PO Box 326<br>Saint Anthony, ID 83445-0326 | Pine Valley Investments<br>4049 S Highland Dr<br>Salt Lake City, UT 84124-1664 | Prime Time Auctions<br>3400 S 5th<br>Pocatello, ID 83204-1912 |
| Raymond Matsuura<br>275 W 200 N<br>Blackfoot, ID 83221-5775 | Receivable Management Services<br>PO Box 361076<br>Columbus, OH 43236-1076 | Richard and Raymond Matsuura<br>R & R Equipment<br>275 West 200 North<br>Blackfoot, ID 83221-5775 |
| Rigby Family Holdings<br>953 W Poleline Rd<br>Rexburg, ID 83440-5077 | Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125-0308 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| Ron Kerl, Esq<br>COOPER LARSEN<br>PO Box 4229<br>Pocatello, ID 83205-4229 | S And K Landon Inc<br>12843 N 175 E<br>Ririe, ID 83443-5002 | Sheila Rae Schwager<br>HAWLEY TROXELL ENNIS and HAWLEY LLP<br>POB 1617<br>Boise, ID 83701-1617 |
| Sheila R Schwager, Esq<br>HAWLEY TROXELL ENNIS AND HAWLEY LLP<br>PO Box 1617<br>Boise, ID 83701-1617 | Craig W Simpson<br>2520 Channing Way<br>POB 2869<br>Idaho Falls, ID 83403-2869 | Thomas Daniel Smith<br>Service & Spinner<br>P.O. Box 6009<br>Pocatello, ID 83205-6009 |

```
Louis Vaughn Spiker                    Spudnik Equipment                    Stoltz Equipment
Worst, Fitzgerald & Stover, P.L.L.C.   584 W 100 N                          2986 S Frontage Rd
POB 1428                               Blackfoot, ID  83221-5518            American Falls, ID  83211-5404
Twin Falls, ID 83303-1428


Richard Wayne Sweney                   Swift Capital                        Travelers Insurance
250 NW Blvd #102                       3505 Silverside Rd Ste 200           ATTN: Consumer Affairs
Coeur d'Alene, ID 83814-2971           Wilmington, DE  19810-4905           1 Tower Sq
                                                                            Hartford, CT  06183-0001


Trust Financial                        US Trustee                           Valley Agronomics, LLC
dba CBS Collections                    Washington Group Central Plaza       2003 S Highway 191
PO Box 1825                            720 Park Blvd, Ste 220               Rexburg, ID  83440-4074
Idaho Falls, ID  83403-1825            Boise, ID 83712-7785


Valley Wide Cooperative Inc            Visser Ag Inc                        Wells Fargo Bank, NA
1833 S Lincoln Ave                     136 N Yellowstone Hwy                Business Direct MAC #S4101-050
Jerome, ID  83338-6138                 Rigby, ID  83442-5657                PO Box 29746
                                                                            Phoenix, AZ  85038-9746


Wells Fargo Bank, NA                   Wells Fargo Business Card            Yvonne Wilbur
Business Direct-NBBC                   Payment Remittance Center            PO Box 1386
PO Box 348750                          PO Box 77033                         Post Falls, ID  83877-1386
Sacramento, CA  95834-8750             Minneapolis, MN  55480-7733
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Rocky Mountain Power
PO Box 26000
Portland, OR  97256-0001
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)AGCO Finance LLC                    (u)Gary Ball, LLC                    (d)R Sam Hopkins
PO Box 2000                                                                 POB 3014
Johnston, IA  50131-0020                                                    Pocatello, ID 83206-3014
```


End of Label Matrix
Mailable recipients   104
Bypassed recipients     3
Total                 107